# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PHIL KLIMAS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. 23-cv-67-CVE-JFJ |
| **AMERICAN NATIONAL INSURANCE COMPANY,** | ) ) ) ) |
| **Defendant.** | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for: Defendant American National Insurance Company.

| | |
|---|---|
| February 28, 2023 | *s/William W. O'Connor* |
| Date | Signature |
| | |
| Type of Appointment: ☒ Retained  ☐ CJA | William W. O'Connor |
| | Print Name |
| ☐ FPD   ☐ Pro Bono   ☐ Pro Se | |
| | Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. |
| | Firm Name |
| | |
| | 521 East 2nd Street, Suite 1200 |
| | Address |
| | |
| 13200 | Tulsa         OK         74120 |
| Oklahoma State Bar Number (If Applicable) | City          State       Zip Code |
| | |
| boconnor@hallestill.com | (918) 594-0400       (918) 594-0505 |
| Email Address | Phone Number         Fax Number |

## CERTIFICATE OF SERVICE

I certify on the 28th day of February, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Daniel E. Smolen
Mark A. Smith

**ATTORNEYS FOR PLAINTIFF**

                                                  *s/William W. O'Connor*
                                                  William W. O'Connor

5474199.1:007235.00003