# IN THE DISTRICT COURT IN AND FOR
# THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. PHIL KLIMAS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-67-CVE-JFJ |
| | ) | |
| v. | ) | |
| | ) | |
| 1. AMERICAN NATIONAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' AMERICAN NATIONAL INSURANCE COMPANY, MOTION TO DISMISS AND BRIEF IN SUPPORT (Dkt. 7)

**COMES NOW** the Plaintiff, Phil Klimas, ("Plaintiff"), and hereby requests this Court to enter an Order enlarging the deadline by 14 days for Plaintiff to file a response to Defendants' Motion to Dismiss and Brief in Support (Dkt. 7). In support of this Motion, the Plaintiff shows the Court the following:

1. Defendants filed their Motion to Dismiss and Brief in Support (Dkt. 7) on February 28, 2023.

2. Plaintiff's response is due on March 21, 2023.

**WHEREFOR**, Plaintiff respectfully requests the Court grant Plaintiff an additional 14 days, to April 4, 2023. to file his response to Defendant's Motion to Dismiss and Brief in Support (Dkt. 7).

Respectfully submitted,

/s/ Mark Smith

Mark A. Smith, OBA No. 31231
Caruso & Smith, PLLC
P.O. Box 52186
Tulsa, Oklahoma 74152-0186
(918) 583-5900 (Office)
(918) 583-5902 (Fax)
mark.smith@smithlegalok.com

Daniel E. Smolen, OBA #19943
Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

/s/ Mark Smith