IN THE DISTRICT COURT IN AND FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. PHIL KLIMAS, | ) |
| | ) |
| Plaintiff, | ) Case No. 23-cv-67-CVE-JFJ |
| | ) |
| v. | ) |
| | ) |
| 1. AMERICAN NATIONAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS AND BRIEF IN SUPPORT (Dkt. 7)**

**COMES NOW** the Plaintiff, Phil Klimas, ("Plaintiff"), and hereby files his response to Defendants' Motion to Dismiss and Brief in Support (Dkt. 7). In support of this Motion, the Plaintiff shows the Court the following:

Plaintiff filed his Petition in Oklahoma District Court wherein the pleading standard only requires Plaintiff to identify a statutory violation, allege damages, and make a prayer for relief. *Brown v. Founders Bank & Tr. Co.*, 1994 OK 130, 890 P.2d 855, 864 (affirming "allegations that Founders violated the Bank Tying Act (Tying Act), 12 U.S.C. § 1971 (1989) et seq. and that he was damaged by the violation coupled with a prayer for relief is sufficient to withstand a motion to dismiss[]."). Plaintiff's Petition does allege prima facie claims for discrimination and retaliation under the Age Discrimination in Employment Act (ADEA), 29 U.S.C. §621, et seq. However, Defendant argues for more granular detail in Plaintiff's factual allegations to survive a motion under FRCP 12(b)(6).

Plaintiff alleges he "worked" for Defendant as an insurance sales agent for 34 years prior to his termination in June 2021. Shortly before his termination, Plaintiff understood the company wanted to give his clients to a younger agent and wanted Plaintiff to retire based on comments made by his supervisor. Plaintiff was being pushed to retire or face termination due to his age. Defendant has done this to several other older agents under the guise of a "reduction in force" (RIF) but the RIF was designed to target older agents and protect younger agents. Plaintiff experienced discrimination by way of discriminatory comments and discipline and termination of employment in violation of the ADEA. Plaintiff engaged in protected opposition to discrimination when he complained about the discriminatory comments and discipline based on his age. Defendant terminated his employment just ten days later in direct response to his formal complaint, retaliating against him for engaging in protected activity.

For Plaintiff to be close to retirement and to identify as "older", while not crystal clear, certainly gives rise to an inference he is over 40 years old. Plaintiff is, in fact, over 40 years old- otherwise he would have started working for Defendant at age six. In the same vein, Plaintiff's allegation that he "worked for" Defendant, while not crystal clear, certainly gives rise to an inference he was an employee, especially when coupled with the facts he can be "terminated" and lost "benefits".

Defendant also complains that Plaintiff's allegations lack the "who, when, what, and why" to support his discrimination claims. Plaintiff did not name his alleged comparators nor his supervisor and others that made the discriminatory comments. Defendant certainly knows its own employees and has fair notice of Plaintiff's claims.

Plaintiff urges the Court to deny Defendant's Motion to Dismiss (Dkt. 7). However, should the Court find Plaintiff must make more detailed factual allegations, Plaintiff requests an opportunity to file an amended complaint.

**WHEREFOR**, Plaintiff respectfully requests the Court deny Defendant's Motion to Dismiss and Brief in Support (Dkt. 7). Alternatively, Plaintiff requests an opportunity to file an amended complaint to add further factual detail.

Respectfully submitted,

/s/ Mark Smith
Mark A. Smith, OBA No. 31231
Caruso, Smith, & Dunn PLLC
2021 South Lewis Ave, Suite 720
Tulsa, Oklahoma 74104
(918) 583-5900 (Office)
(918) 583-5902 (Fax)
mark.smith@smithlegalok.com

Daniel E. Smolen, OBA #19943
Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

/s/ Mark Smith