**IN THE DISTRICT COURT IN AND FOR**
**THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| PHIL KLIMAS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-67-CVE-JFJ |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN NATIONAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT**
**PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Phil Klimas,

and Defendant, American National Insurance Company, hereby stipulate that this action shall be

dismissed without prejudice,each party to bear its own costs and attorney's fees.

Respectfully submitted,


/s/ Mark Smith
Mark A. Smith, OBA No. 31231
Caruso & Smith, PLLC
2021 South Lewis Ave, Suite 720
Tulsa, Oklahoma 74104
(918) 583-5900 (Office)
(918) 583-5902 (Fax)
mark.smith@smithlegalok.com

Daniel E. Smolen, OBA #19943
Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com
*Attorneys for Plaintiff*

**-and-**

_s/Kristen P. Evans*_

William W. O'Connor, OBA No. 13200
Kristen P. Evans, OBA No. 30210
**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**
521 East 2nd Street, Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
boconnor@hallestill.com
kevans@hallestill.com

**ATTORNEYS FOR DEFENDANT,
AMERICAN NATIONAL INSURANCE
COMPANY**

***Signed by filing attorney with permission of Defendant's attorney.***